# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145753(5)(6)(12)

MICHIGAN ALLIANCE FOR
PROSPERITY,
        Plaintiff-Appellant,

v

SC: 145753
COA: 312083

BOARD OF STATE CANVASSERS,
DIRECTOR OF ELECTIONS, and
SECRETARY OF STATE,
        Defendants-Appellees.
_____

On order of the Chief Justice, motions by Defend Michigan Democracy for leave to intervene and for immediate consideration and by Taxpayers United Michigan Foundation for leave to intervene are considered and they are granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk